St Tammany Parish Clerk of Court    Docket#201315364                     P.01/01    Page 1 of 2

# TRANSACTION REPORT

NOV/18/2013/MON 09:13 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | NOV/18 | 09:12AM | 94005392 | 0:00:55 | 1 | MEMORY | OK | ECM 8430 |



## Malise Prieto
### Clerk of Court

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

**22nd Judicial District
Parish of St. Tammany**

---

DATE OF CONFIRMATION: November 15, 2013

TO: Cris Kerry                    FAX: 624-7788

FROM: ST TAMMANY PARISH CLERK OF COURT        Phone: 985-809-8700
                                              Fax:   985-809-8777

DATE FAX FILING RECEIVED: NOVEMBER 15, 2013

SUIT CAPTION: Wendy Gulley vs. Big Lots Stores Inc.

SUIT NUMBER: 2013-15634-C       AMOUNT DUE: $ 310.00

## RECEIPT OF FAX TRANSMISSION

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING OR YOUR FILING MAY NOT BE DEEMED TIMELY FILED.

### PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.  Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B.  Within seven (7) days, exclusive of legal holidays, after the clerk of court has received the transmission, the party filing the document shall forward the following to the clerk:
    (1)  The original signed document.
    (2)  The applicable filing fee, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $10.00 and (c) fee for filing of the original pleadings.)
    (3)  A transmission fee of five dollars.

C.  **If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission. (Emphasis added.)

Exhibit A



*Malise Prieto*

**Clerk of Court**

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

**22nd Judicial District**
**Parish of St. Tammany**

---

DATE OF CONFIRMATION: November 15, 2013

TO: Cris Kerry          FAX: 624-7788

FROM: ST TAMMANY PARISH CLERK OF COURT      Phone: 985-809-8700
                                             Fax: 985-809-8777

DATE FAX FILING RECEIVED: NOVEMBER 15, 2013

SUIT CAPTION: Wendy Guillory v/. Big Lots Stores Inc.

SUIT NUMBER: 2013-15634-C     AMOUNT DUE: $ 310.00

# RECEIPT OF FAX TRANSMISSION

PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT PAGE OF THE ORIGINAL PLEADINGS WHEN FILING OR YOUR FILING MAY NOT BE DEEMED TIMELY FILED.

## PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

**La. R.S. 13:850.** Facsimile transmission; filings in civil actions; fees; equipment and supplies

A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.

B. Within seven (7) days, exclusive of legal holidays, after the clerk of court has received the transmission, the party filing the document shall forward the following to the clerk:
  (1) The original signed document.
  (2) The applicable filing fee, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation fee of $10.00 and (c) fee for filing of the original pleadings.)
  (3) A transmission fee of five dollars.

C. **If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission. (Emphasis added.)

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.

---

**ATTENTION FILING CLERK**
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

I:\SLR FILES\FAX CONFIRMATION 08.24.12.wpd                    Revised 08/24/12

2013-15364

# THE UPTON LAW FIRM
*A Limited Liability Company*
304 East Boston Street
Covington, Louisiana 70433
tim@theuptonlawfirm.com

Timothy F. Upton, Attorney
Patricia C. Upton, Attorney
Christine B. Kerry, Paralegal

Telephone:
(985) 624-7777
Facsimile:
(985) 624-7788

## FACSIMILE

TO:       St. Tammany Clerk of Court-Civil Filing

FAX NO.:  985-809-8777

FROM:     Timothy F. Upton/Cris Kerry

DATE:     November 15, 2013

RE:       Wendy W. Guillory v. Big Lots Stores, Inc. and ABC Insurance
          22nd JDC, St. Tammany Parish, New Suit

NUMBER OF PAGES (including this page)    6

Please see attached. We will be filing the original into the record within the normal time delays.

I look forward to receiving your fax outlining the costs in this matter. Thank you for your assistance.

Sincerely,

Christine B. Kerry
Paralegal to Timothy F. Upton, Esq.

**FAX COPY**

NOV 1 5 2013

This facsimile transmission (and any documents accompanying it) may contain confidential information belonging to the sender. The information is intended only for the use of the individual or the entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

## 22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NUMBER: 2013-15364 -                                                            DIVISION "C"

### WENDY W. GUILLORY

### VERSUS

### BIG LOTS STORES, INC. AND ABC INSURANCE

FILED:_____                        _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT COMES,

WENDY W. GUILLORY ("Guillory") a person of full legal age and majority domiciled in the Parish of St. Tammany who represents;

I.

Made Defendants herein are:

    A.    BIG LOTS STORES, INC. ("Big Lots"), a foreign entity licensed and doing in the parish of St. Tammany, State of Louisiana.

    B.    ABC INSURANCE COMPANY ("ABC"), a foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made;

II.

On or about July 15, 2013, Guillory entered Big Lots located at 1200 Business Hwy 190, Suite 2 Covington, Louisiana to purchase goods.

III.

Soon thereafter, Guillory slipped and fell on what appeared to be oil that had been spilled on the floor, causing her severe injuries. As a result, Guillory sustained extreme personal injuries.

**FAX COPY**

NOV. 1 5 2013

1

IV.

As a result of the fall, **Guillory** proceeded to several medical facilities to treat her injuries.

V.

Also, Guillory has suffered special damages in the form of medical expenses incurred as a result if the incident/accident and will continue to incur medical expenses as a result of the incident/accident, all of which she is entitled to recover from defendants.

VI.

Upon information and belief, **Big Lot's** employees were negligent in creating and/or neglecting the area of the spill and are therefore responsible for the plaintiff's injuries.

VII.

At the time of accident, **Big Lots** was and is vicariously liable for the negligence acts of its employees under *respondial superior*.

VIII.

Defendants are strictly liable as the custodian of the building with an inherent dangerous condition under LA CC Art. 2322 and are strictly negligent under LA CC Art. 2317.

IX.

At the time of the incident in question, Big Lots had liability insurance policy, which had been sold and delivered by defendant, ABC, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

X.

Defendants are liable to plaintiff under negligence theory and/or La. R.S. 9:2800.6 because defendants knew or should have known of the unsafe conditions of the flooring in **Big Lots** located at 1200 Business Hwy 190, Suite 2 Covington in St. Tammany Parish, Louisiana, either by other customers, employees, or maintenance and/or janitorial crews, which caused an unreasonable risk of injury that was reasonably foreseeable and was the cause in fact of the severe injuries sustained by Guillory.

**FAX COPY**

2

NOV 1 5 2013

WHEREFORE, considering the foregoing petition, and after due proceedings had, plaintiff, WENDY W. GUILLORY, prays to this Court to find on the trial of the merits that the defendants are liable for strict liability, and / or La. R.S. 9:2800.6, and / or negligence, for all proven damages and injuries due to provide a reasonably safe work place for customers herein.

FURTHER, plaintiff prays that the defendants, BIG LOTS STORES, INC. AND ABC INSURANCE COMPANY, be served a copy of this petition and duly cited to appear and answer same, and after due proceedings and discovery had, there is a judgment in favor of plaintiff and against the defendants in an amount to compensate her for all damages suffered and which will be suffered in the future, with interest from the date of judicial demand, for reasonable legal fees should the Court find bad faith or other supporting law, and for costs of these proceedings, as well as for any other legal and equitable relief deemed proper by this Honorable Court.

Respectfully Submitted:

TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70443
Telephone: (985) 624-7777
Facsimile: (985) 624-7788
ATTORNEY FOR
WENDY W. GUILLORY

PLEASE SERVE DEFENDANTS:

BIG LOTS STORES, INC.
Through their registered agent
Corporation Service Company
320 Somerulos St.
Baton Rouge, La 70802-6129

ABC INSURANCE COMPANY (Please hold service at this time)

FAX COPY

NOV 1 5 2013

3

RECEIVE:     NO.8375     11/15/2013/FRI 10:14AM

## 22ⁿᵈ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NUMBER:_____                                                    DIVISION " "

### WENDY W. GUILLORY

### VERSUS

### BIG LOTS STORES, INC. AND ABC INSURANCE

FILED:_____                                _____
                                                     DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OF JUDGMENT MADE OR RENDERED

To:   22ⁿᵈ Judicial District Court
      St. Tammany Parish, Louisiana

YOU ARE HEREBY requested to send to us as Attorney of Record in the above captioned case, written notice by mail ten (10) days in advance of any date fixed for any trial or hearing in this case of any kind whatsoever, in accordance with Articles 1571 and 1572, Louisiana Code of Civil Procedure.

YOU ARE FURTHER requested to notify us of any Judgment, Order, Minute Entry of this Court rendered in this case immediately in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

SPECIAL NOTICE is further requested of any orders setting security for cost, orders requiring the posting of any bond before a set date, especially in regard to a jury trial or any other actions such as the filing of pleadings or bonds or other things which would institute the running of any delays within which file pleadings, bonds or any other thing into the record of this case.

Respectfully Submitted,

_____
TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70443
Telephone: (985) 624-7777
Facsimile: (985) 624-7788    **FAX COPY**
ATTORNEY FOR
WENDY W. GUILLORY            NOV 1 5 2013

4

RECEIVE:     NO.8375     11/15/2013/FRI 10:14AM

# TRANSACTION REPORT

NOV/15/2013/FRI 10:18 AM

FAX(RX)

| # | DATE | START T. | SENDER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|--------|----------|------|-----------|------|
| 001 | NOV/15 | 10:14AM | 985 624 7788 | 0:03:29 | 6 | OK | ECM 8375 |

## 22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

NUMBER: 2013-15364          DIVISION " C "

WENDY W. GUILLORY

VERSUS

BIG LOTS STORES, INC. AND ABC INSURANCE

FILED: November 18, 2013

DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT COMES,

**WENDY W. GUILLORY** ("Guillory") a person of full legal age and majority domiciled in the Parish of St. Tammany who represents;

I.

Made Defendants herein are:

A. **BIG LOTS STORES, INC.** ("Big Lots"), a foreign entity licensed and doing in the parish of St. Tammany, State of Louisiana.

B. **ABC INSURANCE COMPANY** ("ABC"), a foreign insurance company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its agent upon whom citation and service are to be made;

II.

On or about July 15, 2013, Guillory entered Big Lots located at 1200 Business Hwy 190, Suite 2 Covington, Louisiana to purchase goods.

III.

Soon thereafter, Guillory slipped and fell on what appeared to be oil that had been spilled on the floor, causing her severe injuries. As a result, Guillory sustained extreme personal injuries.

FAX FILED
11/15/2013

1

IV.

As a result of the fall, **Guillory** proceeded to several medical facilities to treat her injuries.

V.

Also, **Guillory** has suffered special damages in the form of medical expenses incurred as a result if the incident/accident and will continue to incur medical expenses as a result of the incident/accident, all of which she is entitled to recover from defendants.

VI.

Upon information and belief, **Big Lot's** employees were negligent in creating and/or neglecting the area of the spill and are therefore responsible for the plaintiff's injuries.

VII.

At the time of accident, **Big Lots** was and is vicariously liable for the negligence acts of its employees under *respondiat superior*.

VIII.

Defendants are strictly liable as the custodian of the building with an inherent dangerous condition under LA CC Art. 2322 and are strictly negligent under LA CC Art. 2317.

IX.

At the time of the incident in question, **Big Lots** had liability insurance policy, which had been sold and delivered by defendant, **ABC**, which policy was then in full force and effect by virtue of the payment of premiums and otherwise.

X.

Defendants are liable to plaintiff under negligence theory and/or La. R.S. 9:2800.6 because defendants knew or should have known of the unsafe conditions of the flooring in **Big Lots** located at 1200 Business Hwy 190, Suite 2 Covington in St. Tammany Parish, Louisiana, either by other customers, employees, or maintenance and/or janitorial crews, which caused an unreasonable risk of injury that was reasonably foreseeable and was the cause in fact of the severe injuries sustained by **Guillory**.

WHEREFORE, considering the foregoing petition, and after due proceedings had, plaintiff, WENDY W. GUILLORY, prays to this Court to find on the trial of the merits that the defendants are liable for strict liability, and / or La. R.S. 9:2800.6, and / or negligence, for all proven damages and injuries due to provide a reasonably safe work place for customers herein.

FURTHER, plaintiff prays that the defendants, BIG LOTS STORES, INC. AND ABC INSURANCE COMPANY, be served a copy of this petition and duly cited to appear and answer same, and after due proceedings and discovery had, there is a judgment in favor of plaintiff and against the defendants in an amount to compensate her for all damages suffered and which will be suffered in the future, with interest from the date of judicial demand, for reasonable legal fees should the Court find bad faith or other supporting law, and for costs of these proceedings, as well as for any other legal and equitable relief deemed proper by this Honorable Court.

Respectfully Submitted:

TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70443
Telephone: (985) 624-7777
Facsimile: (985) 624-7788
ATTORNEY FOR
WENDY W. GUILLORY

**PLEASE SERVE DEFENDANTS:**

**BIG LOTS STORES, INC.**
Through their registered agent
Corporation Service Company
320 Somerulos St.
Baton Rouge, La 70802-6129

**ABC INSURANCE COMPANY** (Please hold service at this time)

3

## 22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

## STATE OF LOUISIANA

NUMBER: 2013 - 15364                                      DIVISION 'C'

### WENDY W. GUILLORY

### VERSUS

### BIG LOTS STORES, INC. AND ABC INSURANCE

FILED: November 18, 2013

_____
DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT AND
### WRITTEN NOTICE OF ANY ORDER OF JUDGMENT MADE OR RENDERED

To:   22nd Judicial District Court
      St. Tammany Parish, Louisiana

YOU ARE HEREBY requested to send to us as Attorney of Record in the above captioned case, written notice by mail ten (10) days in advance of any date fixed for any trial or hearing in this case of any kind whatsoever, in accordance with Articles 1571 and 1572, Louisiana Code of Civil Procedure.

YOU ARE FURTHER requested to notify us of any Judgment, Order, Minute Entry of this Court rendered in this case immediately in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

SPECIAL NOTICE is further requested of any orders setting security for cost, orders requiring the posting of any bond before a set date, especially in regard to a jury trial or any other actions such as the filing of pleadings or bonds or other things which would institute the running of any delays within which file pleadings, bonds or any other thing into the record of this case.

Respectfully Submitted,

_____
TIMOTHY F. UPTON, #27154
THE UPTON LAW FIRM, L.L.C.
304 East Boston Street
Covington, Louisiana 70443
Telephone: (985) 624-7777
Facsimile: (985) 624-7788
**ATTORNEY FOR
WENDY W. GUILLORY**

FAX FILED
11/15/2013

4

| WENDY W. GUILLORY | No. 2013-15364 C |
|---|---|
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| BIG LOTS STORES, INC. ET AL | **Louisiana** |

TO THE DEFENDANT    BIG LOTS STORES, INC. THROUGH THEIR REGISTERED AGENT CORPORATION SERVICE COMPANY, 320 SOMERULOS ST., BATON ROUGE, LA 70802-6129

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    18TH    day of    NOVEMBER    A.D. 20    13

*Malise Prieto*, CLERK OF COURT

BY:    S/ Angela Sturcken

**DEPUTY CLERK OF COURT**

ISSUED: 11/21/13

Attorney    TIMOTHY UPTON  P1
304 EAST BOSTON ST
COVINGTON, LA 70443

Received on _____, 20 ____, and on the ____ day of _____, 20 ____,
I served a true copy of the within _____
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

K-101                                                                 101-15



# Malise Prieto



**Clerk of Court**

**22nd Judicial District**
**Parish of St. Tammany**

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

November 21, 2013

HON. SID J. GAUTREAUX, III
CIVIL SHERIFF
EAST BATON ROUGE PARISH
P. O. BOX 3277
BATON ROUGE, LA 70821

RE:  WENDY W. GUILLORY
     VS. # 2013-15364 C
     BIG LOTS STORES, INC. ET AL

Dear Sir:

Enclosed please find a citation and certified copy along with a certified copy of the petition which is to be served on the following:

BIG LOTS STORES, INC. THROUGH THEIR REGISTERED AGENT CORPORATION SERVICE COMPANY, 320 SOMERULOS ST., BATON ROUGE, LA 70802-6129

After service has been made, please mail your return to this office for filing.

Also, enclosed please find our check in the amount of $         made payable to YOU for services rendered.

Sincerely,


Angela Sturcken
Deputy Clerk



# Malise Prieto

**Clerk of Court**
22nd Judicial District
Parish of St. Tammany

P.O. Box 1090
Covington, LA 70434
(985)809-8700

November 21, 2013

Timothy Upton
Attorney At Law
304 East Boston Street
Covington, LA 70433

Re: WENDY W. GUILLORY
    VS. # 2013-15364 C
    BIG LOTS STORES, INC. ET AL

Dear Counsel:

This office has recently received a request for notice filed by your office. Please be advised that the duties of the Clerk of Court regarding a request for notice are set forth in Louisiana Code of Civil Procedure Articles 1571, 1572, 1913, 1914 and 2596 and local rule 9:14.

Under the foregoing articles, this office is required to provide you with a notice of trial, a notice of setting of a hearing in a summary proceeding, a notice of final judgment, including a partial final judgment, and notice of the rendition of an interlocutory order or judgment.

**Please be advised that these are the only notices that this office will provide.**

Sincerely,

Angela Sturcken
Deputy Clerk

**RETURN**

| WENDY W. GUILLORY | No. 2013-15364 C |
|---|---|
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| BIG LOTS STORES, INC. ET AL | **Louisiana** |

TO THE DEFENDANT   BIG LOTS STORES, INC. THROUGH THEIR REGISTERED AGENT CORPORATION

SERVICE COMPANY, 320 SOMERULOS ST., BATON ROUGE, LA 70802-6129

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   18TH   day of   NOVEMBER   A.D. 20   13

*Malise Prieto*, CLERK OF COURT

BY: S/ Angela Sturcken

DEPUTY CLERK OF COURT

ISSUED: 11/21/13

Attorney   TIMOTHY UPTON   P1

304 EAST BOSTON ST

COVINGTON, LA 70443

Received on _____, 20___, and on the _____ day of _____, 20___, I served a true copy of the within _____ on _____ at domicile with _____ in _____ Parish, a distance of _____ miles from the Court House.

DEC 05 2013
I made service on the named party through the Corporation Services by tendering a copy of this document to
☐ JEANNINE SCHUTTE ☒ PAULA GLASER ☐ JARY CLAFLIN
in person
E. Cummings
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED
DEC 18 2013
MALISE PRIETO, CLERK Parish of
DEPUTY

Deputy Sheriff

K-101                                                                                                    101-15